**Order filed, March 15, 2016.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00672-CV

———————

**CONNIE RANGE, TRUSTEE OF THE MARTHA RANGE TRUST D/B/A RELIANT ENGINEERING AND MACHINE, US AND SAMUEL RANGE, Appellants**

**V.**

**CALVARY CHRISTIAN FELLOWSHIP, Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-09494**

---

## ORDER

On February 18, 2016, this court ordered the official court reporter, Norma Duarte, to supplement the reporter's record on or before March 9, 2016. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the supplemental reporter's records have not been filed timely, we issue the following order.

We order Norma Duarte, the official court reporter, to file, **within 10 days** of the date of this order, the following:

1. October 10, 2014 Pre-Trial Conference;

2. September 8, 2014 Hearing on (1) Plaintiffs' Motion to Strike Defendant's Amended Pleadings, and (2) Defendant's Motion to Compel; and

3. June 16, 2014 Hearing on Plaintiffs' Motion to Disqualify Defendant's Counsel.


PER CURIAM